UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually,

    Plaintiff,

v.                                Case No: 2:16-cv-681-FtM-29MRM

3 CARTER'S SUBWAY, INC., a Florida Corporation,

    Defendant.

---

**ORDER**

On December 29, 2016, the Court issued an Order to Show Cause (Doc. #8) directing plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff was on notice that the failure to respond would result in a dismissal without prejudice and without further notice. No response has been filed and the time to respond has expired.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall enter judgment accordingly, terminate

all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of January, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

2